# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAD MANUFACTURING, L.L.C., formerly known as RAD Wood Work Company, et al., | : : : |
| Plaintiffs, | : CIVIL ACTION NO. 3:16-2138 |
| v. | : (JUDGE MANNION) : |
| ADVANCED FABRICATION SERVICES, INC. t/d/b/a AFS ENERGY SYSTEMS, | : : : |
| Defendant. | : |

## ORDER

In accordance with the court's memorandum issued this same day, the defendant's motion to dismiss, (Doc. 8), is **GRANTED**. The plaintiffs' amended complaint, (Doc. 5), is **DISMISSED WITHOUT PREJUDICE** as the court lacks subject matter jurisdiction over this action.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 20, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2138-01 Order.wpd